UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMR MOHSEN,<br><br>               Petitioner,<br><br>   v.<br><br>CHARLES INGRAM,<br><br>               Respondent. | Case No. C17-817RSL<br><br>ORDER GRANTING<br>MOTION FOR EXTENSION<br>OF TIME |

     This matter comes before the Court on petitioner's motion for an extension of time to file objections to a recently entered Report and Recommendation in his case. Dkt. # 17. Petitioner filed his request well before the deadline for filing objections, and cites logistical difficulties based on his current incarceration at the Federal Detention Center SeaTac that impede his ability to respond promptly. The Court accordingly finds good case for an extension of time. See Fed. R. Civ. P. 6(b)(1). Petitioner's deadline for objecting to the Report and Recommendation is hereby extended from November 22, 2017, until December 22, 2017. Responses to objections may be filed within fourteen (14) days after service of objections. If petitioner fails to timely file any objections, the matter will be ready for consideration by this Court on December 24, 2017.

     DATED this 11th day of December, 2017.

                                                                        _____<br>
                                                                      Robert S. Lasnik<br>
                                                                       United States District Judge

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 1