UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMR MOHSEN, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES INGRAM, <br><br> Defendant. | Case No. C17-817RSL <br><br> ORDER DENYING MOTION FOR RECONSIDERATION |

This matter comes before the Court on petitioner Amr Mohsen's motion for reconsideration. Dkt. # 22. Petitioner initially filed this action under 28 U.S.C. § 2241 seeking an order directing the Bureau of Prisons (BOP) to file a compassionate-release motion on his behalf and a declaration that two BOP program statements are contrary to law. Dkt. # 3. The Court approved and adopted a Report and Recommendation by Magistrate Judge Mary Alice Theiler and dismissed the petition. Dkt. # 20. Petitioner filed this motion for reconsideration, Dkt. # 22, asserting that the Court's order includes several legal and factual errors.

Motions for reconsideration are disfavored in this district and will be granted only on a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." LCR 7(h)(1). Petitioner also cites Federal Civil Rule 60, which provides for relief from a judgment due to mistake or inadvertence. Fed. R. Civ. P. 60(b)(1). Petitioner shows no manifest error or mistake in the Court's ruling, nor does he cite new facts or authority that undermine the Court's previous conclusions. The motion for reconsideration, Dkt. # 22, is DENIED.

ORDER DENYING MOTION FOR RECONSIDERATION - 1

DATED this 27th day of March, 2018.

                              */s/ Robert S. Lasnik*
                              Robert S. Lasnik
                              United States District Judge